Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424
(806) 748-1980
(806) 748-1956 FAX
 MODT

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
JON EDWARD BAXTER
KIM ANNE BAXTER
206 FIELDS RD

GRAHAM, TX 76450

CASE NO:09-70074-HDH-13
HEARING DATE: 03-13-2013
HEARING TIME: 10:00 AM

DEBTOR ATTORNEY:   MONTE J WHITE

**MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**

Date: February 6, 2013

Pursuant to 11 U.S.C. 1329, the Standing Chapter 13 Trustee requests the following Modification of Debtor(s) confirmed Plan herein:

**I**
**History of the Case**

1. Date Case Filed:  February 26, 2009
2. Date of Section 341 Meeting: March 25, 2009
3. Date of Confirmation: April 23, 2009
4. First Payment Date: March 28, 2009
5. Total Plan Term Prior to this Modification: 60

**II**
**Modification Requested**

Raise Debtor's payment from $1,226.00 to $1,518.00 in March, 2013 for a base $66,735.00.

**III**
**Reason for Modification**

Debtor(s) 2011 tax return shows that Debtor(s) received a tax refund of $5,495.00 of which $3,495.00 is due to Trustee per General Order 2010-01 for the benefit of unsecured creditors.  Debtor(s) still owe Trustee $3,495.00 of said refund.  Modification is requested to raise Debtor(s) payment and/or base amount in order to pay Trustee the said tax refund.

Respectfully Submitted,

  /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
JON EDWARD BAXTER                                    CASE NO: 09-70074
KIM ANNE BAXTER                                      HEARING DATE: 03-13-2013
                                                     HEARING TIME: 10:00am

A/K/A:                                               A/K/A 2:
D/B/A:                                               D/B/A 2:

**NOTICE OF HEARING, PRE-HEARING CONFERENCE AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION**

**NOTICE OF HEARING**

On 03-13-2013, which is at least twenty-eight (28) days from the date of service hereof, at 10:00am a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held in

| FOR LIVE COURT | FOR VIDEO COURT |
| US COURTHOUSE ROOM 222 | US COURTHOUSE ROOM 208 |
| 10TH & LAMAR STREETS | 10TH & LAMAR STREETS |
| WICHITA FALLS, TEXAS 763011234 | WICHITA FALLS, TEXAS 763011234 |

Creditors are not required to attend unless they have objections to the Modification.

**NOTICE OF PRE-HEARING CONFERENCE**

A **PRE-HEARING CONFERENCE** will be held at the same location listed above at 8:30am Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated *2/6/2012*, **will be** approved by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An **"Objection to Modification"** should be filed with the Bankruptcy Court at the following address:

**CLERK OF THE BANKRUPTCY CT**
**1100 COMMERCE 1254**
**DALLAS, TEXAS 752420000**


Walter O'Cheskey  
Chapter 13 Trustee  
6308 Iola  
Lubbock, TX  79424  
202-II

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE NOTHERN DIVISION OF TEXAS  
WICHITA FALLS DIVISION

IN RE:

JON EDWARD BAXTER & KIM ANNE BAXTER

CASE NO:  09-70074-HDH-13

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was sent via First Class Mail to the below listed parties at the addresses supplied as follows.

| Name & Address | Name & Address |
|---|---|
| JON EDWARD BAXTER<br>206 FIELDS RD<br><br>GRAHAM,TX 76450 | KIM ANNE BAXTER<br><br><br>- |
| YOUNG COUNTY APPRAISAL DIST<br>PO BOX 337<br><br>GRAHAM,TX 76450-0000 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES<br>1100 COMMERCE ST MC 5027DAL<br>DALLAS,TX 75242- |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br><br>PHILADELPHIA,PA 19101-7346 |
| YOUNG COUNTY<br>C/O YOUNG COUNTY APPRSL DIST<br>PO BOX 337<br>GRAHAM,TX 76450-0000 | WALTER O'CHESKEY TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424-0000 |
| OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424- | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 |
| US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 | GRAHAM REGIONAL MEDICAL CENTER<br>PO BOX 1390<br><br>GRAHAM,TX 76450-1390 |
| GMAC MORTGAGE CORP<br>PO BOX 780<br><br>WATERLOO,IA 50704-0780 | DENTON AREA TEACHERS C/U<br>PO BOX 827<br><br>DENTON,TX 76202-0000 |
| WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 |
| YOUNG COUNTY<br>C/O PERDUE BRANDON FIELDER<br>PO BOX 8188<br>WICHITA FALLS,TX 76307-8188 | MATCO TOOLS<br>4403 ALLEN RD<br><br>STOW,OH 44224-0000 |
| GMAC MORTGAGE<br>PO BOX 4622<br><br>WATERLOO,IA 50704- | WELLS FARGO<br>PO BOX 60510<br><br>LOS ANGELES,CA 90060-0510 |
| NATIONWIDE CREDIT INC<br>2015 VAUGHN RD NW STE 30<br><br>KENNESAW,GA 30144- | CODILIS & STAWIARSKI PC<br>650 N SAM HOUSTON PKWY E STE 450<br><br>HOUSTON,TX 77060- |

Page 1 - Continue on Next Page

CASE NO: 09-70074-HDH-13

## CERTIFICATE OF SERVICE

| | |
|---|---|
| CHASE BANK USA NA<br>PO BOX 15145<br><br>WILMINGTON,DE 19850-5145 | GRAHAM REGIONAL MEDICAL CENTER<br>1301 MONTGOMERY ROAD<br><br>GRAHAM,TX 76450- |
| WELLS FARGO AUTO FINANCE<br>PO BOX 500<br>MAC F 6582034<br>CHESTER,PA 19013- | GMAC MORTGAGE<br>ATTN: BANKRUPTCY DEPT<br>1100 VIRGINIA DRIVE<br>FORT WASHINGTON,PA 19034- |
| WELLS FARGO BANK<br>13675 TECHNOLOGY DRIVE BLDG C 2ND FLOOR<br><br>EDEN PRAIRIE,MN 55344-2252 | DENTON ATCU<br>225 W MULBERRY ST<br><br>DENTON,TX 76201- |
| BAYSTATE GAS<br>PO BOX 67015<br><br>HARRISBURG,PA 17106- | WF FINANCIAL BANK/WELLS FARGO FINANCIAL<br>ATTN: BANKRUPTCY DEPT<br>2143 EAST COVENTION CENTER WAY #20<br>ONTARIO,CA 91764- |
| PITE DUNCAN LLP<br>4375 JUTLAND DRIVE SUITE 200<br>PO BOX 17933<br>SAN DIEGO,CA 92177-0933 | WELLS FARGO BANK NA<br>4137 121ST STREET<br><br>URBANDALE,IA 50323- |
| WASHINGTON MUTUAL PROVIDIAN<br>ATTN BANKRUPTCY DEPT<br>PO BOX 10467<br>GREENVILLE,SC 29603- | NCO FIN 99<br>PO BOX 41466<br><br>PHILADELPHIA,PA 19101- |
| SEARS CBSD<br>SEARS BANKRUPTCY RECOVERY<br>7920 NW 110TH ST<br>KANSAS CITY,MO 64153- | UNVL CITI<br>ATTN CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,MO 64195- |
| PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- |
| WELLS FARGO FINANCIAL<br>2501 SEAPORT DR STE BH30<br><br>CHESTER,PA 19013- | WELLS FARGO BANK NA<br>ATTN REMITTANCE PROCESSING<br>PO BOX 14487<br>DES MOINES,IA 50306- |

Dated: 02/06/2013

/s/ Walter O'Cheskey
Chapter 13 Trustee
By: A.Ammons